

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Francisco Solis-Quintero,                    * From the 142nd District Court
                                               of Midland County,
                                               Trial Court No. CR42777.

Vs. No. 11-15-00331-CR                       * September 22, 2016

The State of Texas,                          * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we reverse the trial court's judgment of conviction and remand this cause to the trial court for further proceedings.